

FILED
MAY 21 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:19CR074 |
| ) | |
| JOSEPH GILLIAM ) | Count 1: 18 U.S.C. § 2113 (a) |
| ) | (Bank Robbery) |
| ) | |
| ) | Forfeiture Allegation |

## INDICTMENT

**MAY 2019 TERM - At Richmond**

### COUNT ONE
(Bank Robbery)

The Grand Jury charges that on or about April 13, 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, JOSEPH GILLIAM, by force and violence, and by intimidation, did knowingly and unlawfully take from the person and presence of another property and money belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, a bank within the meaning of Title 18, United States Code, Section 2113, whose deposits were then insured by the Federal Deposit Insurance Corporation.

(In violation of Title 18, United States Code, Section 2113(a)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 of the Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, he shall forfeit any property,

real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One. Property subject to forfeiture includes, but is not limited to:

> A sum of money of at least $1,450, which represents the total proceeds of the offense charged.

(In accordance with Title 28, United States Code, Section 2461(c).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Stephen W. Miller
Assistant United States Attorney